# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>JOE NOE GARCIA, *et al.*,<br><br>        Defendants. | **Case No. 1:16-cv-00435-AWI-EPG**<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On March 29, 2016, Plaintiff Jose Trujillo ("Plaintiff") filed a Complaint in this action. (ECF No. 1.) The Court set an initial scheduling conference in the case for June 30, 2016 at 9:00 a.m. (ECF No. 3.) The parties were instructed that attendance at the scheduling conference was mandatory. Defendants Joe Noe Garcia and Cynthia Lynn Garcia were served with the Complaint and new case documents on April 6, 2016 and April 17, 2016, respectively. (ECF Nos. 4, 6.) Defendants Joe Noe Garcia and Cynthia Lynn Garcia filed an answer to the Complaint on June 14, 2016. On June 30, 2016, Defendants Joe Noe Garcia and Cynthia Lynn Garcia failed to appear at the initial scheduling conference and the conference was continued to August 1, 2016. (ECF No. 13.) Both Garcia Defendants were notified of this change.

On July 25, 2016, Plaintiff filed a joint scheduling report that was prepared with the

assistance of all Defendants, including the Garcias.  (ECF No. 14.)  The joint scheduling report denoted the date, time, and location of the initial scheduling conference on its cover page.

The Court held the initial scheduling conference in this case on August 1, 2016 at 9:30 a.m.  Tanya Moore appeared telephonically for Plaintiff.  Henry Nunez appeared in person for Defendants Octaviana Vasquez and Rafael Vasquez.  Defendants Joe Noe Garcia and Cynthia Lynn Garcia failed to appear for the hearing and did not file any requests for a continuance or otherwise notify the Court that they would not be able to appear.  Accordingly, the Court orders that Defendants Joe Noe Garcia and Cynthia Lynn Garcia show cause why sanctions, up to and including the striking of their answer and entry of default, should not be issued for failure to comply with this Court's orders.

No later than **August 22, 2016**, Defendants Joe Noe Garcia and Cynthia Lynn Garcia are ORDERED file a written response to this Order to Show Cause indicating whether they intend to participate in this action and to explain their failure to appear at the initial scheduling conference on August 1, 2016.  **Defendants are cautioned that failure to respond to this Order as set forth above may result in the striking of their answer and entry of default.**

IT IS SO ORDERED.

Dated:   **August 4, 2016**                                   /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE