# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>JOE NOE GARCIA, et al.,<br><br>        Defendants. | **Case No. 1:16-cv-00435-AWI-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 22) |

On October 18, 2016, the parties filed a stipulation of dismissal dismissing this case with prejudice, with each party to bear its own attorneys' fees and costs. (ECF No. 22.) The stipulation was signed by all parties. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated: **January 10, 2017**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1